FILED

09/06/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0429

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA-24-0429

R. ALLAN PAYNE,

*Appellant*,

v.

FERRY LANE MANAGEMENT, LLC,
A Wyoming limited liability company,

*Appellee.*

## ORDER TO SUBSTITUTE PARTY

UPON REVIEW of the unopposed motion of Appellee Robert G. Clinton to substitute Ferry Lane Management LLC, a Wyoming limited liability company, as Appellee, and good cause appearing therefor,

IT IS HEREBY ORDERED that the motion is granted and Ferry Lane Management LLC, a Wyoming limited liability company, shall be substituted as Appellee for Robert G. Clinton.

ENTERED this _____ day of September, 2024.

_____
Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 6 2024